Sherwood J. Reese
sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **BRIAN E. WILBUR,** <br> Plaintiff, <br> vs. <br> Commissioner of Social Security Administration, <br> Defendant. | Civil No. 6:18-cv-544-AC <br><br> **ORDER FOR ATTORNEY FEES PURSUANT TO EAJA** |

After considering the Motion for Attorney Fees herein, Order is hereby granted that Commissioner shall pay the sum of $7888.39 under the Equal Access to Justice Act ("EAJA"). Upon verification that Plaintiff has no debt to the government which qualifies for offset against the awarded fees, pursuant to the reasoning in *Astrue v. Ratliff*, 560 U.S. 586, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees subject "to a federal administrative offset if the Litigant has outstanding federal debts"), payment of $7888.39 shall be made to Plaintiff's attorneys Drew L. Johnson, PC and mailed to their office at 1700 Valley River Drive, Eugene, OR 97401. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office at the address provided above.

IT IS SO ORDERED this day of November 18, 2019

U.S. ~~District Judge~~/Magistrate Judge

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA